THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLEN TELE-
PHONE COMPANY, Respondent, *v.* EPHRAIM FAILING et al., as
Assessors of the Town of Minden, Appellants.

*People ex rel. Glen Telephone Co.* v. *Failing,* 180 App. Div. 888,
affirmed.

(Argued June 2, 1909; decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
February 3, 1909, which affirmed an order of Special Term
canceling an assessment against the relator for purposes of
taxation.

*H. D. Walts* for appellants.

*Fred. Linus Carroll* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. INTERBOROUGH
RAPID TRANSIT COMPANY, Respondent, *v.* THE STATE BOARD
OF TAX COMMISSIONERS, Appellants.

*People ex rel. Interborough Rapid Transit Co.* v. *State Board of Tax
Comrs.,* 126 App. Div. 610, affirmed.

(Argued June 1, 1909; decided June 18, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
22, 1908, which affirmed an order of Special Term canceling
an assessment upon special franchises of the relator.

*Edward R. O'Malley, Attorney-General (Edward H. Letch-
worth* of counsel), for appellants.

*Edward E. Sprague* and *Stephen P. Nash* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.